IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNESTINE COTTEN

    Plaintiff,

v.                                              CASE NO. 4:19cv21-RH-HTC

BUREAU OF PRISONS,
and NURSE GRIFFISS,

    Defendants.

_____/

## ORDER OF DISMISSAL

The plaintiff is a federal prisoner who asserts a nurse mistakenly gave the plaintiff a different medication than had been prescribed. The case is before the court on the magistrate judge's report and recommendation, ECF No. 28, which concludes the third amended complaint should be dismissed without leave to amend further. No objections have been filed.

As the report and recommendation correctly concludes, giving a prisoner the wrong medication, not purposely but by mistake, does not violate the Eighth Amendment, at least absent circumstances not alleged here. Nor has the plaintiff alleged any other basis for recovery. Accordingly,

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The clerk must enter judgment stating that the plaintiff's claims are dismissed under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted.

3. The clerk must close the file.

SO ORDERED on February 24, 2020.

                                          s/Robert L. Hinkle
                                          United States District Judge